**Signed: January 12, 2005**

**SO ORDERED**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| CONTRACT COMPLIANCE, INC. | : | Case No. 04-14553PM |
| | : | Chapter 7 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

## MEMORANDUM OF DECISION

      This case comes before the court on the Motion of CCI Recovery LLC to Compel the production of documents, and the opposition thereto filed by James E. McCollum, Jr.  The matter came on for hearing on January 5, 2005.  Although counsel for Mr. McCollum did not appear at the argument, the court has thoroughly reviewed his response to the Motion, as well as the action by the Trustee, Steven H. Greenfeld, to intervene and join in the production of documents requested by CCI Recovery LLC because of his belief in the direct value to the estate of the document production.

      The court therefore finds, particularly on the basis of the waiver of privilege and the joinder by the Trustee, that under applicable Maryland law, the claim of privilege is inapplicable to the situation at hand.  There is no evidence that as between the co-client parties the subject communications were privileged in subsequent litigation between them.

      An appropriate order will be entered.

cc:
Steven H. Greenfeld, Esq.
Richard W. Lawlor, Esq.
John S. Vander Woude, Esq.
H. Karl Bennett
James E. McCollum, Jr., Esq.
United States Trustee

**End of Memorandum**